

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| FERMIN GARZA, JR., | | No. 08-13-00116-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 112th District Court |
| | § | |
| ESTAKFI VARGAS AND | | of Crockett County, Texas |
| ESPERANZA VARGAS, | § | |
| | | (TC # 98-08-006120-CV) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for a new trial, in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF MAY, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.